GIUSEPPI LANGELOTTI, Plaintiff, *v.* CITY OF NEW YORK, Respondent; DOMINICK COPPOLA, Defendant, and WILLIAMS-BAUER CORPORATION, Impleaded Defendant-Appellant.

Argued February 24, 1947; decided April 11, 1947.

*Emanuel Tacker* for appellant.

*Charles E. Murphy, Corporation Counsel (Stanley Buchs-baum* and *Seymour B. Quel* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.